IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:13CR139 |
| | ) | |
| v. | ) | |
| | ) | |
| JOSEPH TOWNSEND, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to restrict (Filing No. 55). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that defendant's motion is granted. The motion for variance and sentencing memorandum shall be filed as restricted.

DATED this 5th day of November, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court