IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JOSEPH TOWNSEND,<br><br>        Defendant. | 8:13CR139<br><br>**ORDER** |

This matter is before the Court on the defendant's motion for a copy of his docket sheet (Filing No. 70). The defendant requests a waiver of fees associated with the costs of the copies. The Court sentenced the defendant on November 7, 2013 (Filing No. 65 and 68). At this time, the defendant has no motions or cases pending before this court, and the defendant makes no showing as to why he needs these copies. Accordingly, the Court will deny the motion. The defendant is, of course, free to request copies of the docket sheet and to pay the costs of the same.

IT IS ORDERED:

1. The defendant's Motion for Copies and to waive such costs [70] is denied.

2. The defendant may contact the Clerk of the Court regarding the cost of obtaining a copy of his docket sheet.

Dated this 16th day of July, 2014.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge