IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiffs,<br><br>vs.<br><br>JOSEPH TOWNSEND,<br><br>                  Defendant. | 8:13CR139<br><br>ORDER |

The government filed a Motion to Dismiss [Filing No. 114] the Petition for Offender Under Supervision [Filing No. 91]. Accordingly,

IT IS ORDERED:

1. The Motion to Dismiss [Filing No. 114] is granted; and

2. The Petition for Offender Under Supervision [Filing No. 91] is dismissed, without prejudice.

Dated this 15th day of September 2020.

BY THE COURT:

s/Laurie Smith Camp
Senior United States District Judge